**COMMISSIONER OF INTERNAL REVENUE v. A. A. LEWIS & COMPANY, Main and Lincoln Avenue Subdivision, Trust No. 1523, Central Republic Trust Company, Formerly Named Central Republic Bank & Trust Company, as Successor Trustee by Consolidation.**

No. 5970.

Circuit Court of Appeals, Seventh Circuit.

June 26, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

Howard R. Brintlinger, of Chicago, Ill., for respondent.

Before EVANS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States (57 S.Ct. 799, 81 L.Ed. ——) directing that the judgment of this court heretofore entered on November 18, 1936 [87 F.(2d) 1000] be reversed, and that this cause proceed further in conformity with the opinion of the Supreme Court of the United States, having been received and filed in this cause.

It is ordered that the mandate of this court, heretofore issued in this cause, be, and the same is hereby, recalled, and it is further ordered and adjudged by this court that the said judgment heretofore entered by this court on November 18, 1936, be, and the same is hereby, vacated. It is further ordered and adjudged by this court that the decision entered in this cause on July 18, 1935, by the United States Board of Tax Appeals, be, and the same is hereby, affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Harry S. BLUMENTHAL, Respondent.**

No. 355.

Circuit Court of Appeals, Second Circuit.

June 28, 1937.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to the Atty. Gen., and Warner W. Gardner, of Washington, D. C., for petitioner.

Solomon Elsner and Harry L. Nair, both of Hartford, Conn., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Guy CARY, Respondent.**

No. 438.

Circuit Court of Appeals, Second Circuit.

June 28, 1937.

James W. Morris, Asst. Atty. Gen., and J. Louis Monarch and Harry Marselli, Sp. Assts. to the Atty. Gen., for petitioner.

Fred R. Angevine, of New York City, for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.